[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-12071
Non-Argument Calendar

_____

D.C. Docket No. 5:18-cr-00032-RBD-PRL-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DWAYNE EDWARD MOSS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(February 4, 2020)

Before JORDAN, BRANCH and ANDERSON, Circuit Judges.

PER CURIAM:

H. Kyle Fletcher, appointed counsel for Dwayne Edward Moss in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Our independent review of the entire record reveals that counsel's assessment of

the relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Moss's conviction and sentence are **AFFIRMED**.